Nicholas G. Vaskov, Nev. Bar No. 8298
Acting City Attorney
Jeffrey F. Barr, Nev. Bar No. 7269
Deputy City Attorney
2225 Civic Center Drive, #228
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879
Attorneys for Defendants City of North Las Vegas
Police Department, David Molnar, and Kenneth Winfield

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BAILEY,<br><br>          Plaintiff,<br>vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, DAVID MOLNAR, #754; KENNETH WINFIELD, #2244; LAS VEGAS METROPOLITAN POLICE DEPT.; OFFICER McKAN; JOHN DOES 1-10, DOES 1-6,<br><br>          Defendants. | Case No. 2:09-cv-02281-KJD-PAL<br><br>**DEFENDANTS' PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** |

This action was initiated by Plaintiff on November 30, 2009 in the United States District Court (Doc #1-1). On June 18, 2010, the Court permitted Plaintiff to proceed in forma pauperis (Doc. #5). On June 30, 2010, Plaintiff filed his Amended Complaint (Doc #7). Defendants were served with the Amended Complaint on September 30, 2010. On October 11, 2010, the Las Vegas Metropolitan Police Department ("LVMPD") filed its Answer to Plaintiff's Amended Complaint (Doc #18). On October 14, 2010, the North Las Vegas Police Department, David Molnar and Kenneth Winfield (collectively "NLVPD") filed their Answer to Plaintiff's Amended Complaint (Doc #21).

Plaintiff is incarcerated at the Clark County Detention Center. Pursuant to F.R.C.P. 26(f) and Local Rule 16-1(b), this action is exempt from a joint discovery plan. Although the Court may order a conference of all parties to discuss the provisions of the discovery plan pursuant to LR 16-1(d), the

1  Court has not done so to date. However, because the Court's e-mail texts to LVMPD and NLVPD,
2  indicated that a scheduling order is due by November 25 and 28, 2010, respectively, Defendants
3  submit the following discovery plan for the Court's consideration:

4      Expert Disclosures due:    February 8, 2011
5      Rebuttal Expert Disclosures due:    March 9, 2011
6      Discovery cut-off date:    April 8, 2011
7      Dispositive Motions due:    May 9, 2011
8      Pre-trial Order due:    June 8, 2011

9      The parties shall have until January 7, 2011 to file any motion to amend the pleadings or to
10  add parties. This is 90 days before the discovery cut-off dates and does not exceed the outside limit
11  LR 26-1(e)(2) presumptively sets for 90 days before the discovery cut-off date of filing such
12  motions.

13      In the event dispositive motions are filed, the date for filing the joint pretrial order shall be
14  suspended until 30 days after a decision of the dispositive motions.

15      DATED this 29th day of November, 2010.

16  NORTH LAS VEGAS CITY ATTORNEY     OLSON, CANNON, GORMLEY & DESRUISSEAUX
17
18  By: /s/ Jeffrey F. Barr     By: /s/ Thomas D. Dillard
    Nicholas G. Vaskov, #8298     Thomas D. Dillard, Jr., Esq. #6270
    Acting City Attorney     9950 West Cheyenne Avenue
19      Jeffrey F. Barr #7269     Las Vegas, NV 89129
    Deputy City Attorney     Attorney for LVMPD
20      2225 Civic Center Drive, #228
    North Las Vegas, NV 89030
21      Attorneys for NLVPD, Molnar & Winfield

22  **ORDER**

23  IT IS SO ORDERED this 30th day of November, 2010.
24
25      UNITED STATES MAGISTRATE JUDGE
Submitted by:
26  NORTH LAS VEGAS CITY ATTORNEY

27  By: /s Jeffrey F. Barr
    Jeffrey F. Barr #7269
28      Deputy City Attorney

00018391.WPD; 1 PD-1064     - 2 -

Case 2:09-cv-02281-KJD-PAL   Document 25   Filed 12/01/10   Page 3 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of November, 2010, I mailed a true copy of **DEFENDANTS' PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** in the U.S. Mails in North Las Vegas, NV, First Class, postage prepaid, to the following person:

Anthony Bailey, ID#00683227
5B-34-L
Clark County Detention Center
330 South Casino Center
Las Vegas, NV 89101

Plaintiff - In Pro Se

*/s/ Kathleen Luongo*
An Employee of the North Las Vegas
City Attorney's Office

00018391.WPD; 1 PD-1064

- 3 -